**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-8035**

In Re:  RANDY COOPER



                                              Petitioner.



On Petition for a Writ of Mandamus.
(5:06-cv-00928)

Submitted: February 15, 2007        Decided:  February 26, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Randy Cooper, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Cooper petitions for a writ of mandamus seeking an order compelling the district court to grant relief on his complaint regarding prison conditions.  We conclude that Cooper is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Mandamus may not be used as a substitute for appeal.  In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Cooper is not available by way of mandamus.  Accordingly, although we grant Cooper's motion to proceed in forma pauperis, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED